EHRLICH & CRAIG LLP
MILES EHRLICH - #237954
miles@ehrlich-craig.com
AMY CRAIG - #269339
amy@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Riley Alan Levy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RILEY ALAN LEVY,<br><br>Defendant. | CASE NO.: 3:24-CR-00250-CRB-1<br>MODIFIED<br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE SENTENCING** |

The parties hereby stipulate and respectfully move this Court to continue the sentencing hearing in this matter from Wednesday, June 10, 2026, at 10:00 a.m. to Wednesday, September 30, 2026, at 10:00 a.m.  Mr. Levy pled guilty to a one-count information on June 7, 2024.  Dkt. 12.  On June 28, 2024, this Court related Mr. Levy's case to several other matters, including the criminal action against Ruthia He and Dr. David Brody, Case No. 3:24-cr-00329-CRB.  Dkt. 17. Sentencing in Case No. 24-cr-00329 has been set for July 7, 2026, at 10:00 a.m.  Dkt. 629.  Accordingly, the parties ask the Court to continue the sentencing hearing in Mr. Levy's matter until September 30, 2026, at 10:00 a.m.

//

IT IS SO STIPULATED.

DATED:        May 21, 2026                    Respectfully submitted,

                                             /s/ Amy Craig
                                             Miles Ehrlich
                                             Amy Craig
                                             Counsel for Defendant
                                             RILEY ALAN LEVY


DATED:        May 21, 2026                    Respectfully submitted,

                                             CRAIG MISSAKIAN
                                             Attorney for the United States
                                             United States Attorney

                                             /s/ Raymond Beckering III
                                             Raymond Beckering III
                                             Trial Attorney
                                             Criminal Division, Fraud Section
                                             United States Department of Justice

MODIFIED

**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY

ORDERS that defendant Riley Levy's sentencing hearing currently set for June 10, 2026, at 10:00 a.m.

be continued to S̶e̶p̶t̶e̶m̶b̶e̶r̶ ̶3̶0̶,̶ ̶2̶0̶2̶6̶, at 10:00 a.m.
October 14, 2026 at 10:00 a.m.

IT IS SO ORDERED.

Dated: ___May 22, 2026_____    _____
HON. CHARLES R. BREYER
Senior District Court Judge